| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | WILJAY BERNSTINE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00177-JAM |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| WILJAY BERNSTINE, | ) | Date: November 7, 2017 |
| | ) | Time: 9:15 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Cameron Desmond, attorney for Plaintiff and Federal Defender Heather Williams through Assistant Federal Defender Mia Crager, attorney for defendant WILJAY BERNSTINE that the status conference, currently scheduled for November 7, 2017, be continued to January 16, 2018 at 9:15 a.m.

The reasons for this continuance is that defense needs additional time review the discovery with her client, request further discovery from the government, and prepare an investigation of the facts in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 16, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 3, 2017        HEATHER E. WILLIAMS
                               Federal Defender

                               /s/ *Mia Crager*
                               MIA CRAGER
                               Assistant Federal Defender
                               Attorney for Defendant
                               WILJAY BERNSTINE

Dated: November 3, 2017
                               PHILLIP A. TALBERT
                               United States Attorney

                               */s/ Cameron Desmond*
                               CAMERON DESMOND
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 16, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 7, 2017 status conference shall be continued until January 16, 2018, at 9:15 a.m.

Dated: November 3, 2017  **/s/ JOHN A. MENDEZ**
Hon. John A. Mendez
United States District Court Judge