1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   WILJAY BERNSTINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00177-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date: February 13, 2018 |
| WILJAY BERNSTINE, | ) ) | Time: 9:15 a.m. Judge: Hon. John A. Mendez |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Cameron Desmond, attorney for Plaintiff and Federal Defender Heather Williams through Assistant Federal Defender Mia Crager, attorney for defendant WILJAY BERNSTINE that the status conference, currently scheduled for February 13, 2018, be continued to March 13, 2018 at 9:15 a.m.

The reasons for this continuance is that defense needs additional time review the discovery with her client, request further discovery from the government, and prepare an investigation of the facts in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 13, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: February 12, 2018   HEATHER E. WILLIAMS
                           Federal Defender

                           /s/ *Mia Crager*
                           MIA CRAGER
                           Assistant Federal Defender
                           Attorney for Defendant
                           WILJAY BERNSTINE

Dated: February 12, 2018
                           McGREGOR W. SCOTT
                           United States Attorney

                           */s/ Cameron Desmond*
                           CAMERON DESMOND
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 13, 2018 status conference shall be continued until March 13, 2018, at 9:15 a.m.

Dated: February 12, 2018    /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge